No. 511. Myron W. Andrus, Petitioner, *v.* The Berkshire Power Company. December 24, 1906. Petition for a writ of certiorari to the United States Circuit Court of Ap-

peals for the Second Circuit denied. *Mr. C. Walter Artz* for petitioner. *Mr. Wm. Waldo Hyde* and *Mr. Arthur L. Shipman* for respondent.